UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE NEW YORK STATE
NURSES ASSOCIATION PENSION PLAN,

                Plaintiff,

– against –

ANDRE HAKKAK and BARBARA McKEE,

                Defendants.

**ORDER**

22 Civ. 5672 (ER)

Ramos, D.J.:

    Judge Kaplan and I have discussed plaintiff's request to treat 1:21-cv-08330-LAK as related to the instant case, Doc. 10, and agree that the two cases do not have to be related. The request is therefore denied.

    It is SO ORDERED.

Dated:   July 19, 2022
            New York, New York

                                                          Edgardo Ramos, U.S.D.J.